# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL CUTTS,

Appellant,

vs.

RICHLAND HOLDINGS, INC., D/B/A
ACCTCORP OF SOUTHERN NEVADA;
AND CLIFFORD MOLIN, D/B/A ZEEBA
SLEEP CENTER,

Respondents.

No. 79225

**FILED**

FEB 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF DISMISSAL*

Pursuant to the stipulation of the parties, this matter is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Clerk, U.S. Court of Appeals for the Ninth Circuit
The Law Office of Vernon Nelson
Marquis Aurbach Coffing
Garman Turner Gordon

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-07905